IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31 PM 3: 14

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                             CR. NO. 05-20068-D

ARIANE GRANT

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for a report date on May 19, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to August 1, 2005 with a **report date of Thursday, July 21, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from June 17, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 31 day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20068 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. oCopeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT