IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIANE GRANT,

    Defendant.

Case No.: 05-20068 D AN

---

ORDER GRANTING MOTION TO TRANSFER FOR CONSOLIDATION

---

It appears to the Court that Defendant's Motion for Consolidation is well-taken.

In the interest of judicial economy, IT IS THEREFORE ORDERED that Case Nos.: 05-20072 Ml; 05-20073 MA; 05-20074 MA; and 05-20078 Ml will be transferred to Judge Bernice B. Donald. The Clerk is directed to transfer all such cases, except for Case No. 05-20068 D AN, with a view to consolidating such cases for disposition..

**IT IS SO ORDERED** this _22_ day of _June_, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20068 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. oCopeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT