IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -7 PM 12:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 05-20068-D |
|  | ) | 05-20072-D |
| ARIANE GRANT | ) | 05-20073-D |
| Defendant. | ) | 05-20074-D |
|  | ) | 05-20078-D |

## ORDER ON CHANGE OF PLEA AND **SETTING**

This cause came to be heard on July 1, 2005, the United States Attorney for this district, Timothy R. DiScenza, appearing for the Government and the defendant, Ariane Grant, appearing in person and with counsel, Larry E. Copeland, Jr., who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 in each of the Indictments.

Remaining Counts shall be dismissed at the Sentencing Hearing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, OCTOBER 3, 2005, at 1:30 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 6th day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/11/05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20068 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. oCopeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT