UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ARIANE GRANT,

    Defendant.

CASE NOS. 2:05cr20068-D; 05-20072-Ml;
05-20073-Ma; 05-20074-Ma;
05-20078-Ml

## MOTION FOR CONTINUANCE OF SENTENCING DATE OF OCTOBER 13, 2005

Comes now the Defendant, by and through counsel, and respectfully requests this Honorable Court for a continuance of the sentencing hearing date currently set on October 13, 2005, and as good cause states as follows:

1. Counsel for the Defendant has been unable to effectively communicate with the Defendant concerning the potential ramifications under the sentencing guidelines, mostly because Ms. Ariane Grant has a plethora of medical records that need to be reviewed for an effective presentation for sentencing.

2. Counsel for the defendant is also seeking to obtain medical records from the Employee Assistance Program of Shelby County which will be pertinent to the defendant's sentencing hearing.

3. Counsel is seeking a continuance for 60 days in order to allow the aforementioned consultation between counsel and the Defendant, and to allow counsel to review the numerous medical records he has obtained.

**MOTION GRANTED**
DATE: 10-08-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-11-05

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court issue an Order granting a 60-day continuance of the sentencing hearing date set October 13, 2005.

Respectfully submitted,

*[signature]*

Larry E. Copeland, Jr., #018600
Attorney for Defendant
138 N. Third St., 2nd Floor
Memphis, TN 38103
901-526-0898

## CERTIFICATE OF SERVICE

I, Larry E. Copeland, Jr., hereby certify that a true and exact copy of the foregoing has been __X__ hand delivered, _____ mailed postage prepaid, to the Assistant U.S. Attorney, 167 N. Main Street, Memphis, TN 38103, this _7_ day of _Oct._, 2005.

*[signature]*

Larry E. Copeland, Jr.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20068 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. oCopeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT